# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 13-1185            September Term, 2012

FERC-ER12-420-000

Filed On: June 14, 2013 [1441252]

Michigan Electric Transmission Company, LLC,

      Petitioner

    v.

Federal Energy Regulatory Commission,

      Respondent

**O R D E R**

Upon consideration of petitioner's unopposed motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

Petitioner is directed to file status reports at 60-day intervals beginning August 13, 2013.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                  BY:   /s/
                           Mark A. Butler
                           Deputy Clerk